**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| WE THE PATRIOTS, INC.<br>JAMES CHILDS,<br><br>Plaintiffs,<br><br>v.<br><br>PENDER MAKIN, her official capacity only;<br>CARI MEDD, in her official capacity only,<br><br>Defendants. | Case No. 2:26-cv-00369-SDN |

**DECLARATION OF DR. LAURA BLAISDELL**

I, Dr. Laura Blaisdell, hereby declare and state as follows:

1. I am a board-certified pediatrician. I have been licensed to practice medicine since 2008 and have been practicing in Maine since that time. In addition to a medical degree, I also hold a master's degree in public health. I have been a fellow of the American Academy of Pediatrics since 2009. My full curriculum vitae is attached hereto.

2. I currently practice pediatrics at the Pediatric Clinic at Maine Medical Center, where I teach evidence-based medicine to medical students and residents. I also serve as an Assistant Professor at Tufts University School of Medicine. I am a president of the Maine Chapter of the American Academy of Pediatrics. My research has focused on vaccination, infectious diseases (particularly in camp settings), and vaccine hesitancy.

3. For services that I am providing on this case, including drafting this declaration, I am being compensated at a rate of $300 per hour. My compensation is not contingent upon the outcome of this case or the opinions I offer. In preparing this declaration, I considered the materials

EXHIBIT
1

(including the facts and data) cited herein in forming my opinions and school vaccination and exemption data held by the Maine Center for Disease Control and Prevention (Maine CDC) and the United Sates Centers for Disease Control and Prevention (US CDC). My opinions are also based on my experience as a pediatrician and public health expert and my research in the field. I have previously testified as an expert at trial or by deposition.

**SUMMARY OF OPINIONS**

4. The importance of vaccines for health and mortality reduction is beyond dispute. Beyond individual protection, vaccine requirements are a successful method, when immunization coverage is high enough, to ensure appropriate community immunity to prevent outbreaks. Children in school settings are particularly vulnerable to communicable disease spread and school vaccine requirements have historical precedence, wide acceptance, and known effectiveness. In states that permit non-medical exemptions (NMEs), the growth in NMEs from school-required vaccines has far surpassed rates of medical exemptions in the last decade. NMEs, including religious exemptions, can threaten the community immunity of school in ways that medical exemptions do not because medical exemptions are low in number and do not cluster in ways that NMEs can and do. Thus, NME exemptions in Maine, *unlike medical exemptions*, put both other vaccinated and unvaccinated community members at risk.

THE PUBLIC HEALTH ROLE OF VACCINES & OUTBREAKS

5. With the exception of safe water, no other public health intervention above vaccination has had more of an impact on mortality reduction and population growth.[1]

6. Both a vaccine, and the infectious disease it prevents, have unique factors that determine its vaccine effectiveness and application. Federal entities and national organizations

[1] Rodrigues CMC, Plotkin SA. Impact of Vaccines; Health, Economic and Social Perspectives. *Front Microbiol*. 2020;11:1526. doi:10.3389/fmicb.2020.01526

such as US CDC's Advisory Committee on Immunization Practices (ACIP), the American Academy of Pediatrics, the American Academy of Family Physicians, and the American College of Obstetricians and Gynecologists publish recommendations for how to use vaccines in the United States, including what age vaccines should be given, number of doses, time between doses, precautions, and contraindications.[2]

7. Vaccination not only provides *direct individual* protection from disease, it also provides essential *indirect* vaccine-induced benefit to individuals in the broader community.[3] While direct individual protection from serious infection cannot be understated, it is the protection against disease through indirect community immunity (e.g. sufficient percentage of a given population that is vaccinated against a disease) that decreases disease spread through breaking chains of transmission. The importance of direct and indirect protection from vaccination is recognized in the fact that all 50 U.S. states require vaccination as a condition of school entry.[4]

8. Indirect protection is especially critical because not all persons can safely receive all vaccines due to medical contraindications. Indirect protection helps ensure vulnerable groups who cannot get vaccinated, such as the young, the immunocompromised, those who are pregnant[5]

---

2 Advisory Committee on Immunization Practices (ACIP). *ACIP Recommendations.* Accessed August 5, 2026. https://www.cdc.gov/acip/vaccine-recommendations/index.html

American Academy of Pediatrics. Immunizations. Accessed August 5, 2026. https://www.aap.org/en/patient-care/immunizations/

American College of Obstetricians & Gynecologists. 2026 Maternal Immunization Schedule. Accessed August 5, 2026. https://www.acog.org/clinical-information/maternal-immunization-schedule

3 Domínguez A, Oviedo M, Carmona G, et al. Impact and effectiveness of a mass hepatitis A vaccination programme of preadolescents seven years after introduction. *Vaccine*. 2008;26(14):1737-1741. doi:10.1016/J.VACCINE.2008.01.048

4 Wang E, Clymer J, Davis-Hayes C, Buttenheim A. Nonmedical exemptions from school immunization requirements: a systematic review. *Am J Public Health*. 2014;104(11):e62-e84. doi:10.2105/AJPH.2014.302190

5 Panagiotopoulos T, Antoniadou I, Valassi-Adam E, Berger A. Increase in congenital rubella occurrence after immunisation in Greece: retrospective survey and systematic review. *BMJ : British Medical Journal*. 1999;319(7223):1462. doi:10.1136/BMJ.319.7223.1462

and the elderly,[6] are kept safe from vaccine preventable communicable diseases. Indirect protection also protects individuals who, even if vaccinated, are still vulnerable to disease.

9. This indirect public health effectiveness of vaccines is diminished when a significant proportion of the community is not vaccinated. An outbreak can occur when a communicable disease is introduced into a community with insufficient vaccination rates or within a vaccinated community with spatial clusters of unvaccinated persons.[7] Additional infections in individuals can occur because not all persons can safely be protected with vaccination (e.g. due to allergies to vaccine components) and a small fraction of individual immune systems do not develop protective immunity despite being vaccinated (i.e. non-responders).[8] Given these variables, mathematical models are used to determine the critical threshold number of people needed to be vaccinated in a given community for a given communicable disease. Immunization rates of greater than 95% in schools is the translation of these threshold numbers into practical, implementable public health recommendations and the accepted standard to ensure prevention of school outbreaks.[9]

---

6 Miller E, Andrews NJ, Waight PA, Slack MPE, George RC. Herd immunity and serotype replacement 4 years after seven-valent pneumococcal conjugate vaccination in England and Wales: an observational cohort study. *Lancet Infect Dis*. 2011;11(10):760-768. doi:10.1016/S1473-3099(11)70090-1

77 Rodrigues CMC, Plotkin SA. Impact of Vaccines; Health, Economic and Social Perspectives. *Front Microbiol*. 2020;11:1526. doi:10.3389/fmicb.2020.01526

Advisory Committee on Immunization Practices (ACIP). ACIP Recommendations. Accessed August 5, 2026. . https://www.cdc.gov/acip/vaccine-recommendations/index.html

American Academy of Pediatrics. Immunizations. Accessed August 5, 2026. https://www.aap.org/en/patient-care/immunizations/

American College of Obstetricians & Gynecologists. 2026 Maternal Immunization Schedule. Accessed August 5, 2026. https://www.acog.org/clinical-information/maternal-immunization-schedule

8 U.S. Centers for Disease Control and Prevention. Contraindications and Precautions. Accessed August 10, 2026. https://www.cdc.gov/vaccines/hcp/imz-best-practices/contraindications-precautions.html

Wang E, Clymer J, Davis-Hayes C, Buttenheim A., *supra* note 4.

9 Seither R, Yusuf OB, Dramann D, Calhoun K, Mugerwa-Kasujja A, Knighton CL. Coverage with Selected Vaccines and Exemption from School Vaccine Requirements Among Children in Kindergarten — United States,

10. In recognition of critical need for immunity in essential communities like schools, school vaccination requirements have been established in all 50 states with both the narrow goal of eliminating outbreaks within the schools and the broader public health goal of protecting the community against disease spread.[10] Currently, Maine requires vaccination to eight communicable diseases for kindergarten entry (diphtheria, tetanus, pertussis, measles, mumps, rubella, poliomyelitis, varicella) and an additional protection against meningococcal disease for older children.[11]

11. Vaccination requirements for schools are a critical public health intervention for at least three reasons. *First*, robust, consistent evidence has shown that laws requiring vaccination prior to school entry increase vaccination rates and correspondingly decrease the incidence of vaccine-preventable disease in schools and in the wider community.[12]

12. *Second*, schools are a particularly high-transmission environment for communicable diseases. School environments are often high in density and crowding is a known

---

2022–23 School Year. *MMWR Morb Mortal Wkly Rep*. 2023;72(45):1217-1224. doi:10.15585/MMWR.MM7245A2

Panagiotopoulos T, Antoniadou I, Valassi-Adam E, Berger A. Increase in congenital rubella occurrence after immunisation in Greece: retrospective survey and systematic review. BMJ : British Medical Journal. 1999;319(7223):1462. doi:10.1136/BMJ.319.7223.1462

[10] Diekema DS. Personal Belief Exemptions From School Vaccination Requirements. *Annu Rev Public Health*. 2014;35:275-292. doi:10.1146/annurev-publhealth-032013-182452

Gama de Sousa S, Amaral N, Monteiro T, et al. The Japanese Experience with Vaccinating Schoolchildren against Influenza. https://doi.org/101056/NEJM200103223441204. 2001;10(3):249-251. doi:10.1056/NEJM200103223441204

[11] 10-144 C.M.R. ch. 144 (2026); 05-071 C.M.R. ch. 126.

[12] Briss PA, Rodewald LE, Hinman AR, et al. Reviews of evidence regarding interventions to improve vaccination coverage in children, adolescents, and adults. The Task Force on Community Preventive Services. *Am J Prev Med*. 2000;18(1 Suppl):97-140. doi:10.1016/S0749-3797(99)00118-X

Watson JC, Hadler SC, Dykewicz CA, Reef S, Phillips L. Measles, Mumps, and Rubella-Vaccine Use and Strategies for Elimination of Measles, Rubella, and Congenital Rubella Syndrome and Control of Mumps: Recommendations of the Advisory Committee on Immunization Practices (ACIP). Vol. 47/No. RR-8.

Diekema DS. Personal Belief Exemptions From School Vaccination Requirements, *supra* note 10.

risk factor for spread of communicable diseases.[13] Nearly one half of schools in 2014 reported problems with indoor air quality and poor indoor air quality can lead to sickness.[14] Pandemics like H1N1 and COVID confirm the critical role that schoolchildren play in facilitating transmission. Schoolchildren preferentially play with children of the same age and high contact rates with adults, including parents and grandparents, may facilitate transmission among schoolchildren and within their surrounding communities.[15] Use of other non-pharmaceutical interventions to prevent infectious spread, such as masking and hygiene, have limitations in preventing spread while school closures pose economic, educational, and mental health costs.[16] Lastly, school aged children have developmental considerations that pose challenges to the strict implementation of layers of public health interventions, such as hand and cough hygiene and consistent distancing.

13. *Third*, schools are a critical public health intervention because they are the first public community exposure that young children are regularly required to attend. Thus, schools and school children can and do serve as a critical public health vector to control the spread of

---

[13] Maxwell LE. Home and School Density Effects on Elementary School Children. *http://dx.doi.org/101177/0013916503035004007*. 2003;35(4):566-578. doi:10.1177/0013916503035004007

Cardoso MRA, Cousens SN, De Góes Siqueira LF, Alves FM, D'Angelo LA V. Crowding: Risk factor or protective factor for lower respiratory disease in young children? BMC Public Health. 2004;4(1):1-8. doi:10.1186/1471-2458-4-19/TABLES/3

[14] Take Action to Improve Indoor Air Quality in Schools | US EPA. Accessed February 11, 2024. https://www.epa.gov/iaq-schools/take-action-improve-indoor-air-quality-schools

[15] Grantz KH, Cummings DAT, Zimmer S, et al. Age-specific social mixing of school-aged children in a US setting using proximity detecting sensors and contact surveys. *Sci Rep*. 2021;11(1). doi:10.1038/s41598-021-81673-y

[16] Saulle R, De Sario M, Bena A, et al. School closures and mental health, wellbeing and health behaviours among children and adolescents during the second COVID-19 wave: a systematic review of the literature. *Epidemiol Prev*. 2022;46(5-6):333-352. doi:10.19191/EP22.5-6.A542.089

Christakis DA, Van Cleve W, Zimmerman FJ. Estimation of US Children's Educational Attainment and Years of Life Lost Associated With Primary School Closures During the Coronavirus Disease 2019 Pandemic. JAMA Netw Open. 2020;3(11). doi:10.1001/JAMANETWORKOPEN.2020.28786

Shayne Garcia Benjamin W Cowan KD, Shayne Garcia KD, Cowan NBER BW, Cowan BW. The Impact of U.S. School Closures on Labor Market Outcomes during the COVID-19 Pandemic. Published online January 17, 2022. doi:10.3386/W29641

communicable disease in the broader community.[17] This is not true of adults who are working within school settings, for whom required vaccination would not achieve the same public health goals of widespread immunity.

14. To achieve these purposes, school vaccine requirements must be applied properly. The selection of vaccines against communicable diseases for requirements for school entry should consider their communicable and serious nature, alongside logistical considerations of vaccine acceptance, safety and availability, the impact of school outbreak closures and prevalence of those who cannot be vaccinated due to age or medical contraindication. The diseases selected for Maine's school entry requirements fit these categories.

15. Exemptions, particularly NMEs, to school vaccine requirements have increased to levels that have threatened this primary and critical outcome of school vaccine requirements.

SCHOOL VACCINE REQUIREMENT EXCEPTIONS

16. Exemptions to school vaccine requirements can be categorized as medical and non-medical (or personal belief exemptions). NMEs can be sub-categorized into religious and philosophical exemptions. Over the last 17 years, many states report alarming increases in rates of exemption with the rise in exemptions nearly all attributed to NMEs.[18]

17. As previously stated, immunization rates that are greater than 95% are the generally accepted public health goal and standard to ensure prevention of outbreaks.[19] Allowing NMEs

---

[17] Gama de Sousa S, Amaral N, Monteiro T, et al, *supra* note 10.

Diekema DS. Personal Belief Exemptions From School Vaccination Requirements, *supra* note 10.

Lefebvre CDS, Terlinden A, Standaert B. Dissecting the indirect effects caused by vaccines into the basic elements. Hum Vaccin Immunother. 2015;11(9):2142-2157. doi:10.1080/21645515.2015.1052196

[18] Wang E, Clymer J, Davis-Hayes C, Buttenheim A., *supra* note 4.

[19] Seither R, Yusuf OB, Dramann D, Calhoun K, Mugerwa-Kasujja A, Knighton CL., *supra* note 9.

decreases vaccination rates and increases disease outbreaks,[20] as Maine exemplified between 2011 and 2019, during which time school vaccine rates dropped and there were notable vaccine preventable disease (VPD) outbreaks .[21] Pertussis (i.e. whooping cough) outbreaks struck at least 11 schools in Cumberland, Hancock, Lincoln, and York counties during this time. In 2018, Maine schools had multiple pertussis outbreaks and reported per-capita pertussis infection rates that were the worst in the nation.[22] These outbreaks occurred alongside decreasing vaccination below critical thresholds for kindergarten students with a statewide coverage rate for pertussis vaccination at 94% (see Ex. A, Chart 1). The association between outbreaks and vaccine refusal has been documented outside of Maine as well.[23]

18. Conversely, since the implementation of Maine's vaccine law eliminating general philosophical or religious exemptions to vaccine requirements for school entry VPD outbreaks (mostly represented by pertussis outbreaks) have slowed (see Table 1). This corresponds to statewide vaccine rates of >97.3% for each of the required vaccines for Kindergarteners (see Ex. A, Charts 2(a)-(d)).

---

[20] Diekema DS., *supra* note 10.

[21] Safer Schools Through Community Immunity. doi:10.1056/NEJMp1508701

[22] https://www.maine.gov/dhhs/mecdc/infectious-disease/epi/vaccine/documents/December-2019-Monthly-Report.pdf. *Maine Monthly Pertussis Surveillance Report December 2019*.

CDC, Ncird. 2018 Final Pertussis Surveillance Report revised December, 2019. Published online 2018. Accessed February 12, 2024. https://wonder.cdc.gov/nndss/nndss_annual_tables_menu.asp

[23] Phadke VK, Bednarczyk RA, Salmon DA, Omer SB. Association Between Vaccine Refusal and Vaccine-Preventable Diseases in the United States: A Review of Measles and Pertussis. *JAMA*. 2016;315(11):1149. doi:10.1001/JAMA.2016.1353

SCHOOL VACCINE REQUIREMENT EXEMPTIONS: PUBLIC HEALTH ASSESSMENT OF MEDICAL AND RELIGIOUS EXEMPTIONS

19. Medical exemptions are medically appropriate when generally recognized contraindications to vaccination exist as determined by national standards.[24] Medical exemptions protect health of individuals when the risk of vaccine does or could outweigh risk of illness itself. While vaccination protects persons against disease and illness, for patients with contraindications to vaccination (e.g., allergy to a vaccine component), vaccination represents a real risk to their health. The indications for medical exemptions are clearly described by the US CDC's ACIP and the American Academy of Pediatrics (AAP),[25] whose childhood immunization recommendations are considered standard of practice in medicine. Other governing bodies, like the American Medical Association, have adopted the AAP recommendations for standard and best care practices for vaccination.[26]

20. Medical exemptions in Maine are based on a physician (MD/DO), nurse practitioner, or physician associate's determination that vaccination is not advisable at that time.

21. Medical exemptions do not pose a high risk of outbreak to the community. This is due to the nature of diseases and/or diagnoses requiring medical exemptions from vaccines. Those diseases and/or diagnoses are rare, stable in prevalence and incidence, and tend not to cluster in a localized manner. For example, common medical contraindications to vaccination include severe immunodeficiency, often caused by childhood cancer diagnoses. Rates of those diagnoses are low

---

[24] U.S. Centers for Disease Control and Prevention. Contraindications and Precautions. Accessed August 10, 2026. https://www.cdc.gov/vaccines/hcp/imz-best-practices/contraindications-precautions.html

[25] American Academy of Pediatrics. Recommended Child and Adolescent Immunization Schedule for Ages 18 Years or Younger. AAP.org. Published February 5, 2026. Accessed August 5, 2026. ttps://downloads.aap.org/AAP/PDF/AAP-Immunization-Schedule.pdf

U.S. Centers for Disease Control and Prevention, Vaccine Schedules For You and Your Family. Accessed August 10, 2026. https://www.cdc.gov/vaccines/imz-schedules/index.html

[26] American Medical Association. Vaccine recommendations. AMA-assn.org. Published March 2, 2026. Accessed August 5, 2026. https://www.ama-assn.org/public-health/prevention-wellness/vaccine-recommendations

and stable year on year,[27] including in Maine. Given the small number of medical exemptions attributable to these diagnoses, one can predict that unvaccinated children in school with this type of medical exemption would likewise be small and stable year on year. Supporting this, rates of medical exemptions in Maine for kindergarten students ranged from 0.5% to 1.5% between 2020 and 2025 (see Chart 3(a)).[28] A small increase in medical exemptions was noted after the passage of L.D. 798 (129th Legis. 2019), consistent with other states implementing similar laws, likely representing prior underuse of medical exemptions when personal belief exemptions were still available.[29] Additionally, the observed increased in medical exemptions after passing of similar legislation are offset by larger reductions in NMEs.[30] Since that time, medical exemptions in Maine have stabilized.[31]

22. Although contraindications to vaccines (such as allergies) and other medical conditions that may warrant medical exemptions under the standard of practice, such as pediatric cancer, can vary by region and by rurality, they tend not cluster in a localized manner.[32] Thus,

---

[27] Siegel DA, Li J, Henley SJ, Wilson RJ, Lunsford NB, Tai E, Van Dyne EA. Geographic Variation in Pediatric Cancer Incidence - United States, 2003-2014. MMWR Morb Mortal Wkly Rep. 2018 Jun 29;67(25):707-713. doi: 10.15585/mmwr.mm6725a2. PMID: 29953430; PMCID: PMC6023185.

Shiels MS, Haque AT, Jones RR, Kitahara CM, Glod JW, Widemann BC, Morton LM, Chanock SJ, Savage SA. Trends in Childhood and Adolescent Cancer Incidence Rates in the United States between 2001 and 2022. Cancer Discov. 2026 Apr 1;16(4):686-696. doi: 10.1158/2159-8290.CD-25-1493. PMID: 41370847; PMCID: PMC12820769.

[28] Maine Center for Disease Control and Prevention, 2024-2025 Maine School Immunization Assessment Report. Accessed August 31, 2026. https://www.maine.gov/dhhs/mecdc/data-reports/immunization

[29] Mohanty S, Buttenheim AM, Joyce CM, Howa AC, Salmon D, Omer SB. "Experiences With Medical Exemptions After a Change in Vaccine Exemption Policy in California." Pediatrics. 2018 Nov;142(5):e20181051. doi: 10.1542/peds.2018-1051. PMID: 30373910.

[30] Nyathi S, Karpel HC, Sainani KL, Maldonado Y, Hotez PJ, Bendavid E, et al. (2019) The 2016 California policy to eliminate nonmedical vaccine exemptions and changes in vaccine coverage: An empirical policy analysis. PLoS Med 16(12): e1002994. https://doi.org/10.1371/journal.pmed.1002994

[31] Maine Center for Disease Control and Prevention, 2024-2025 Maine School Immunization Assessment Report. Accessed August 31, 2026. https://www.maine.gov/dhhs/mecdc/data-reports/immunization

[32] I. Jacobson, L. Levasseur, L. Hankins, A. Kamboj, and Z. Schroeder, " Pediatric and Adolescent Cancer Incidence Rates in 29 Non-Metropolitan US Counties: An Analysis of Publicly Available Data." Pediatric Blood & Cancer 73, no. 8 (2026): e70407. https://doi.org/10.1002/1545-5017.70407

medical exemptions are less likely to threaten community immunity because, to the extent they cluster at all, they do so to a lesser extent than NMEs.[33]

23. NMEs pose a particular risk due to a propensity for clustering, lack of objective definitions, and the great fluctuations seen recently between *types* of NMEs. First, NMEs are well-documented in their ability cluster in social and spatial manners which increased risk for outbreaks of communicable diseases.[34] Similarly in 2018-19, Maine's highest recorded vaccine-preventable outbreak year, NMEs demonstrated significant clustering in both rural (less populated) and urban (more populated) settings (see Chart 4).

24. Second, unlike medical exemptions, which are constrained by standard of practice, there is no similar accepted standard to evaluate NMEs, enabling unpredictable and unchecked increases. In Oregon, during a period when parents could avail their children of a religious exemption by signing a statement indicating that their child was being reared as an adherent to a "system of beliefs, practices, or ethical values," "the teachings of which are opposed to such immunization," the religious exemption rate increased from 2.4% (in 2001–2002) to 5.8% (in 2011–2012), with exemption rates as high as 12% in one county and some schools reporting religious exemption rates as high as 77%.[35] In Maine, NMEs included religious and philosophical exemptions prior to 2021. Left unchecked, NMEs increased steadily from 3.5% to 5.6% over 2011-2019. In 2018-19, average kindergarten NMEs rate in the 16 counties in Maine ranged from 3.4% to 10.4%, with 73 of 341 (21%) of schools with kindergarten classes reporting total NMEs rates of

---

Siegel DA, Li J, Henley SJ, Wilson RJ, Lunsford NB, Tai E, Van Dyne EA. Geographic Variation in Pediatric Cancer Incidence - United States, 2003-2014. MMWR Morb Mortal Wkly Rep. 2018 Jun 29;67(25):707-713. doi: 10.15585/mmwr.mm6725a2. PMID: 29953430; PMCID: PMC6023185.

[33] Gromis A., & Faherty LJ (2026). School-entry vaccine exemptions in Maine before and after public law 154, 2018–2023. Vaccine, 71, 128103. https://doi.org/10.1016/j.vaccine.2025.128103

[34] Wang E, Clymer J, Davis-Hayes C, Buttenheim A., *supra* note 4.

[35] Diekema DS., s*upra* note 10.

equal to or greater than 10%. As the result of legislation, general philosophical and religious exemptions became unavailable for students as of September 1, 2021. As with other states that have closed NMEs, the Maine law was extremely effective in improving community immunity rates in kindergarten, decreasing NMEs from 5.6% to 0.1% from 2019-2024 (see Chart 3(b),(c)).

25. Third, NMEs can and do easily shift from claimed philosophical to claimed religious exemptions when only philosophical exemptions are eliminated, suggesting such claims may be made primarily based on general opposition to vaccines rather than firmly held religious belief. This concern was clearly demonstrated in 2016 when Vermont noted a large, unpredictable increase in religious vaccination after passage of a law intended to strengthen school vaccine rates. Prior to 2016 Vermont, three types of vaccine exemptions to school entry existed: medical, philosophical, and religious. With the removal of the philosophical exemption, religious exemptions increased by 5 times and increased by nearly the same number of philosophical exemptions recorded the year prior to the law's implementation (See Table 2).[36] ). More generally, religious exemption rates appear to be associated with personal belief exemption availability and may be subject to a replacement effect on personal belief exemption elimination.[37]

26. Moreover, across the country, religious exemptions to kindergarten school entry vaccination requirements steadily increased in states that permit a religious exemption but not a philosophical exemption[38] Vermont provides a clear example as to why achieving the public health

---

[36] Christine Finley Immunization Program Manager Vermont Department of Health. *Vermont Immunization Program Activities to Support Public Health 2019 Report to the Legislature*.; 2019.

[37] Williams JTB, Rice J, Cox-Martin M, Bayliss EA, O'Leary ST. Religious vaccine exemptions in kindergartners: 2011-2018. *Pediatrics*. 2019;144(6). doi:10.1542/PEDS.2019-2710/37996

[38] Saad OB, Richards JL, Ward, M, Bednarczyk, RA. Vaccination Policies and Rates of Exemption from Immunization, 2005–2011. *NEJM*. DOI: 10.1056/NEJMc1209037

goal of a widely vaccinated population above threshold levels is difficult, if not impossible, when one or both types of NMEs (religious and/or philosophical) are available.[39]

27. Thus, through clustering, unpredictability and current rates of NMEs, NMEs *unlike medical exemptions*, threaten the immunity required for effective community immunity, thereby putting both other vaccinated and the unvaccinated medically exempt at risk.[40] This potential for harm increases significantly if enough parents choose to forego vaccination for their children such that community immunity in the school and community is undermined.[41]

GRACE PERIOD DOES NOT PUT OTHERS AT RISK

28. Maine's school vaccination statutes allow for a period of time of 90 days to allow students to become fully vaccinated against nine communicable diseases. It is a requirement that during this time, undervaccinated school children are beginning or 'catching up' on missed required vaccines. An undervaccinated child may require a period of months to receive all required boosters for a vaccine given the amount of time required between boosters to facilitate optimal immunity (often 4-8 weeks depending on the vaccine). Thus, a child may be 'up-to-date' on vaccines during boosters, while not yet fully vaccinated. A child may also be fully vaccinated for some diseases, but not others, and utilize the grace period to become fully vaccinated for all diseases required. Further, some immunity, (while not maximal immunity), is conferred with a single dose of vaccine, which may provide some protection during this grace period as long as a child is receiving

---

[39] Williams JTB, *supra* note 37.

[40] Diekema DS. Parental refusals of medical treatment: the harm principle as threshold for state intervention. *Theor Med Bioeth*. 2004;25(4):243-264. doi:10.1007/S11017-004-3146-6

Diekema DS. Public health, ethics, and state compulsion. J Public Health Manag Pract. 2008;14(4):332-334. doi:10.1097/01.PHH.0000324559.34415.A9

Omer SB, Salmon DA, Orenstein WA, deHart MP, Halsey N. Vaccine refusal, mandatory immunization, and the risks of vaccine-preventable diseases. N Engl J Med. 2009;360(19):1981-1988. doi:10.1056/NEJMSA0806477

[41] Diekema DS., *supra* note 10.

immunizations. Children attending school during the grace period do not present the same risks as children claiming NMEs, which are durable vaccination exemptions.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: September 1, 2026

*/s/ Laura Blaisdell*
Dr. Laura Blaisdell, MD/MPH, FAAP

**Chart 1**[42]

Figure 8: 4+DTaP Vaccine Coverage Estimate Among Kindergarten Students, Maine Counties, 2018-19




4+ DTaP ~ ≥4 doses of diphtheria and tetanus toxoids and acellular pertussis (DTaP) vaccine.

[42] Maine Center for Disease Control and Prevention, 2018-2019 Maine School Immunization Assessment Report. Accessed August 9, 2026. https://www.maine.gov/dhhs/mecdc/sites/maine.gov.dhhs.mecdc/files/immunization-reports/2018-2019-School-Age-Immunization-Assessment-Report.pdf

**Chart 2(a)**[43]

Figure 8: 4+DTaP Vaccine Coverage Estimate Among Kindergarten Students, Maine Counties, 2024-2025




4+ DTaP ~ ≥4 doses of diphtheria and tetanus toxoids and acellular pertussis (DTaP) vaccine.

[43] Maine Center for Disease Control and Prevention, 2024-2025 Maine School Immunization Assessment Report. Accessed August 9, 2026. https://www.maine.gov/dhhs/mecdc/sites/maine.gov.dhhs.mecdc/files/immunization-reports/2024-25%20Maine%20School%20Immunization%20Assessment%20Report.pdf

**Chart 2(b)**[44]

Figure 9: 3+Polio Vaccine Coverage Estimate Among Kindergarten Students, Maine Counties, 2024-2025




3+Polio~ ≥3 dose of any poliovirus vaccine (IPV/OPV) vaccine.

[44] Maine Center for Disease Control and Prevention, 2024-2025 Maine School Immunization Assessment Report. Accessed August 9, 2026. https://www.maine.gov/dhhs/mecdc/sites/maine.gov.dhhs.mecdc/files/immunization-reports/2024-25%20Maine%20School%20Immunization%20Assessment%20Report.pdf

**<u>Chart 2(c)</u>** [45]

Figure 10: 2+MMR Vaccine Coverage Estimate Among Kindergarten Students, Maine Counties, 2024-2025




2+ MMR ~ ≥2 doses of measles-mumps-rubella (MMR) vaccine.

---

[45] Maine Center for Disease Control and Prevention, *2024-2025 Maine School Immunization Assessment Report.* Accessed August 9, 2026. https://www.maine.gov/dhhs/mecdc/sites/maine.gov.dhhs.mecdc/files/immunization-reports/2024-25%20Maine%20School%20Immunization%20Assessment%20Report.pdf

**Chart 2(d)** [46]

Figure 11: 2+Varicella Vaccine Coverage Estimate Among Kindergarten Students, Maine Counties, 2024-2025




2+Varicella ~ ≥ 2 dose of varicella (VAR) vaccine, adjusted to include history of varicella disease

---

[46] Maine Center for Disease Control and Prevention, 2024-2025 Maine School Immunization Assessment Report. Accessed August 9, 2026. https://www.maine.gov/dhhs/mecdc/sites/maine.gov.dhhs.mecdc/files/immunization-reports/2024-25%20Maine%20School%20Immunization%20Assessment%20Report.pdf

**Chart 3(a)**[47]

Figure 6: Medical Exemptions Estimate Among Kindergarten Students, Maine and U.S., 2020-2024




Medical Exemption ~ Includes medical exemptions only for all school vaccines in Maine.
2024-25 National Kindergarten exemption rates unavailable until Fall 2025.

[47]Maine Center for Disease Control and Prevention, 2024-2025 Maine School Immunization Assessment Report. Accessed August 9, 2026. https://www.maine.gov/dhhs/mecdc/sites/maine.gov.dhhs.mecdc/files/immunization-reports/2024-25%20Maine%20School%20Immunization%20Assessment%20Report.pdf

**<u>Chart 3(b)</u>**[48]

Figure 7: Non-Medical Exemptions Estimate Among Kindergarten Students, Maine and U.S., 2020-2024




| | 2020-21 | 2021-22 | 2022-23 | 2023-24 | 2024-25 |
|---|---|---|---|---|---|
| Maine | 4.1% | 0.3% | 0.1% | 0.1% | 0.0% |
| National | 1.9% | 2.3% | 2.8% | 3.1% | 0.0% |

Non-Medical Exemption ~ Includes sincere religious belief and philosophical exemptions for all school vaccines in Maine.
2024-25 National Kindergarten non-medical exemption rates unavailable until Fall 2025.

[48] Maine Center for Disease Control and Prevention, 2024-2025 Maine School Immunization Assessment Report. Accessed August 9, 2026. https://www.maine.gov/dhhs/mecdc/sites/maine.gov.dhhs.mecdc/files/immunization-reports/2024-25%20Maine%20School%20Immunization%20Assessment%20Report.pdf.

**<u>Chart 3(c)</u>**[49]

Figure 7: Non-Medical Exemptions Estimate Among Kindergarten Students, Maine and U.S., 2018-2022




| | 2018-19 | 2019-20 | 2020-21 | 2021-22 | 2022-23 |
|---|---|---|---|---|---|
| Maine | 5.6% | 5.6% | 4.1% | 0.3% | 0.1% |
| National | 2.2% | 2.2% | 1.9% | 2.3% | 0.0% |

Non-Medical Exemption ~ Includes sincere religious belief and philosophical exemptions for all school vaccines in Maine.
2022-23 National Kindergarten non-medical exemption rates unavailable until Fall 2023.

[49] Maine Center for Disease Control and Prevention, 2022-2023 Maine School Immunization Assessment Report. Accessed August 9, 2026. https://www.maine.gov/dhhs/mecdc/sites/maine.gov.dhhs.mecdc/files/immunization-reports/2022-2023%20Maine%20School%20Immunization%20Assessment%20Report.pdf

**<u>Chart 4(a)</u>**[50]

Non-medical vs. Medical Kindergarten Exemption Rates by School, 2018-19




[50] Data Source: Maine Center for Disease Control and Prevention, 2018-2019 School-Age Survey Immunization Survey Results

**Chart 4(b)** [51]
Non-medical vs. Medical Kindergarten Exemption Rates by School, 2018-19




[51] Data Source: Maine Center for Disease Control and Prevention, 2018-2019 School-Age Survey Immunization Survey Results.

**Table 1**[52]
Number of VPD outbreaks in K-12 schools reported to the State of Maine by Year

| Year | VPD Outbreak |
|---|---|
| 2013 | 3 |
| 2014 | 2 |
| 2015 | 5 |
| 2016 | 17 |
| 2017 | 19 |
| 2018 | 27 |
| 2019 | 18 |
| 2020 | 0 |
| 2021 | 0 |
| 2022 | 3 |
| 2023 | 2 |
| 2024 | 5 |
| 2025 | 10 |
| 2026* | 3 |
| **Grand Total** | 114 |

*through 8/5/2026

[52] Data Source: Maine Centers for Disease Control and Prevention (requested August 5, 2026).

**Table 2**
Appendix A, from Vermont Immunization Program Activities to Support Public Health, 2019 Report to the Legislature[53]

## Appendix A: Vermont School Immunization Data

| **Vermont School Immunization Data, 2014-15 through 2018-19** | | | Personal Belief Exemptions | | Not "Exempt", or Meeting Vaccine Requirements |
|---|---|---|---|---|---|
| **School Year** | **K-12 Enrollment** | **Medical Exemption** | **Religious Exemption** | **Philosophic Exemption*** | **Provisional Admission** |
| 2018-19 | 84,444 | 154 | 2,595 | 0 | 1,943 |
| 2017-18 | 85,246 | 176 | 2,495 | 0 | 2,098 |
| 2016-17 | 86,270 | 172 | 2,546 | 0 | 2,601 |
| 2015-16 | 86,929 | 189 | 494 | 3,109 | 2,131 |
| 2014-15 | 88,084 | 249 | 162 | 3,566 | 2,275 |

* Effective school year 2016-17, the philosophic exemption was eliminated.
Data is reported by grade, not age.

[53] Christine Finley Immunization Program Manager Vermont Department of Health, *supra, note 38*.