**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| WE THE PATRIOTS, INC.<br>JAMES CHILDS,<br><br>Plaintiffs,<br><br>v.<br><br>PENDER MAKIN, her official capacity only; CARI MEDD, in her official capacity only,<br><br>Defendants. | Case No. 2:26-cv-00369-SDN |

**DECLARATION OF DR. ISAAC BENOWITZ, M.D., M.P.H.**

1. My name is Isaac Benowitz. I am currently the State Epidemiologist and Chief Medical Officer at the Maine Center for Disease Control and Prevention (Maine CDC), an office within the Maine Department of Health and Human Services (Department).

2. I have been employed at Maine CDC since October of 2021. I have been the State Epidemiologist at Maine CDC since October of 2021 and the Chief Medical Officer at Maine CDC since at least January of 2023.

3. I earned my medical degree (M.D.) at the Yale School of Medicine, and I completed pediatric residency training at the Massachusetts General Hospital in Boston, Massachusetts. I earned my public health degree (M.P.H.) at the Emory Rollins School of Public Health, and I completed a Public Health and General Preventive Medicine residency at the U.S. Centers for Disease Control and Prevention (US CDC).

4. Prior to joining Maine CDC in 2021, I worked for US CDC for seven years, focusing on communicable disease outbreaks and healthcare-associated infections.

EXHIBIT
2

5. I submit this declaration in support of Pender Makin's Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

6. The following declaration is based upon my personal knowledge and information and documents that are available to me.

7. At Maine CDC, my responsibilities as the State Epidemiologist include providing epidemiological expertise, guidance, and support on disease investigations, outbreak control, surveillance activities, and planned epidemiologic studies.

8. There are 9 diseases identified in section 2(A) of "Immunization Requirements for School Children," 10-144 C.M.R. ch. 261 (2026); 05-071 C.M.R. ch. 126 (2026), a joint rule promulgated by the Maine Department of Education and the Maine Center for Disease Control and Prevention: diphtheria, measles, meningococcal meningitis, mumps, pertussis, poliomyelitis, rubella, tetanus, and varicella ("Diseases").

9. From an epidemiological perspective, children are at greater risk of contracting tetanus than adults.

10. Tetanus is an infection caused by the bacterium *Clostridium tetani*. The spores of tetanus bacteria are nearly universally present in the environment, including in soil, dirt, dust, manure, and skin. Transmission primarily occurs through contaminated wounds, including minor or inapparent wounds. Tetanus is not contagious and does not spread from person to person.

11. Compared to adults, children are more likely to put their hands in their mouth, spend more time outdoors and on the ground, and (for younger children) eat dirt and therefore come into contact with tetanus bacteria in their environment.

12. These factors make children who are unimmunized against tetanus more likely to contract tetanus than adults who are unimmunized against tetanus.

13. For all the other Diseases that children are required to be vaccinated against for school entry in Maine (i.e., diphtheria, measles, meningococcal meningitis, mumps, pertussis, poliomyelitis, rubella, and varicella) [hereinafter, "Diseases"], children in schools who are not immunized against those diseases are at greater risk of both contracting and spreading those diseases than adults in schools who are not immunized against those same diseases.

14. For all the non-tetanus Diseases noted above, the greatest risk of contracting and spreading those diseases is associated with close contact and shared air spaces.

15. The possibility of person-to-person transmission varies by pathogen, which will lead to variations in the degree to which the aforementioned factors apply to each disease. Measles is transmitted by respiratory droplets and airborne aerosols. Pertussis is spread via respiratory droplets. Rubella is transmitted via respiratory droplets and via direct contact with secretions from the airways. Mumps spreads via respiratory droplets and direct contact with saliva. Meningococcal disease spreads through respiratory droplets. Diphtheria spreads via respiratory droplets and direct contact with skin lesions. Varicella spreads via airborne aerosols from skin lesions, from respiratory secretions, and direct contact with fluid from varicella vesicles on the skin. Polio is spread via the fecal-oral route through contaminated water or food, and may persist on surfaces and other areas of the environment leading to infection.

16. School is the first setting with public community exposure that young children are regularly required to attend. From a public health perspective, school entry is a

critical point to ensure wide swaths of the community are vaccinated against communicable diseases. Because school entry vaccination requirements are required in all 50 states, and have been for several decades, public health practitioners rely on a baseline percentage of immunity within the community.

17. Adults, including unimmunized adults, in school settings have had at least 18 years of community exposure to communicable diseases in schools and in the broader community.

18. Further, children, particularly children who are not immunized, have less developed immune systems to fight off infection.

19. School-aged children have developmental considerations that make them less likely than adults to be able or willing to practice adequate hand and cough hygiene.

20. From a public health perspective, medical exemptions to vaccination requirements are not comparable to religious exemptions and other non-medical exemptions (NMEs) to vaccination requirements.

21. In any given population, including schools, there will be a certain percentage of individuals who are unable to be vaccinated against a Disease for medical reasons, i.e., when the risk of the vaccine does or could outweigh the risk of the Disease itself.

22. Requiring medically vulnerable populations, such as the young and the immunocompromised, for whom vaccination against a Disease is or may be medically harmful, would not protect or safeguard the health of those individuals and would be contrary to the public health goals of the State of Maine.

I DECLARE, PURSUANT TO 28 U.S.C. § 1746, UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: August 18, 2026

*/s/ Isaac Benowitz*
Isaac Benowitz, M.D., M.P.H.