**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| WE THE PATRIOTS, INC.<br>JAMES CHILDS,<br><br>Plaintiffs,<br><br>v.<br><br>PENDER MAKIN, her official capacity only;<br>CARI MEDD, in her official capacity only,<br><br>Defendants. | Case No. 2:26-cv-00369-SDN |

**DECLARATION OF JESSICA SHIMINSKI**

1. My name is Jessica Shiminski. I am currently the Immunization Program Director at the Maine Center for Disease Control and Prevention (Maine CDC), an office within the Maine Department of Health and Human Services (Department). I have held this position at Maine CDC since June 27, 2022.

2. I submit this declaration in support of Pender Makin's Opposition to Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction.

3. The following declaration is based upon my personal knowledge and information and documents that are available to me.

4. I have been employed at Maine CDC since March 2008.

5. From March 2008 to July 2015, I held the position of Provider Relations Specialist. In that role, my responsibilities included immunization education, provider enrollment, recruitment, and conducting annual compliance visits to health and medical providers throughout the state.

EXHIBIT 3

6. From August 2015 to May 2019, I held the position of Epidemiologist. In that role, my responsibilities included collecting, analyzing and reporting immunization rate data for Maine Schools, Healthcare Facilities, Childcare Facilities, and Colleges; and serving as the Perinatal Hepatitis B, VAERS, and Vaccine Safety Coordinator for the State of Maine.

7. From June 2019 to June 2022, I held the position of Health Program Manager. In that role, my responsibilities included operational and programmatic leadership for the Maine Immunization Program Quality Assurance Unit, direct oversight for all United States Centers for Disease Control and Prevention (US CDC) vaccine management and storage & handling provider requirements, and immunization legislation subject matter expert. I also continued my responsibilities as an Epidemiologist.

8. From July 2022 to present, I have held the position of Immunization Program Director. In this role, my responsibilities include programmatic and operational oversight of the Vaccines for Children, Universal Childhood, and Adult Immunization Programs; staffing and fiscal management; policy and procedural development; and remain the lead legislative subject matter expert.

**School Reporting Requirements**

9. On a yearly basis, each superintendent or chief administrative of a private school is required to submit data on students' immunization status to Maine CDC. *See* 20-A M.R.S.A. § 6357 (2025); Immunization Requirements for School Children, 05-071 Me. Code R. ch. 126, § 8 (2026); 10-144 Me. Code. R. ch. 261, § 8 (2026) ("Immunization Rule").

10. Maine CDC uses the school immunization data to monitor incomplete vaccination records, assess coverage rates and exemptions and work with schools to ensure that all students receive all required Maine State school age vaccines.

11. Maine CDC generally does not revise the data reported by schools, which may include transcription or typographical errors.

12. From 2015-2025, these data were gathered through the School Age Immunization Survey.

13. Beginning in the 2025-2026 school year, these data are gathered through the Docket for Schools system.

14. State law requires Maine CDC to report school immunization data to the Maine Legislature on a yearly basis. *See* 20-A M.R.S.A. § 6358(2) (2025).

15. Maine CDC publishes these Maine School Immunization Assessment Reports on its website: https://www.maine.gov/dhhs/mecdc/data-reports/immunization.

16. Exhibit 4 is a true and accurate copy of the 2018-2019 Maine School Immunization Assessment Report.

17. Exhibit 5 is a true and accurate copy of the 2019-2020 Maine School Immunization Assessment Report.

18. Exhibit 6 is a true and accurate copy of the 2020-2021 Maine School Immunization Assessment Report.

19. Exhibit 7 is a true and accurate copy of the 2021-2022 Maine School Immunization Assessment Report.

20. Exhibit 8 is a true and accurate copy of the 2022-2023 Maine School Immunization Assessment Report.

21. Exhibit 9 is a true and accurate copy of the 2023-2024 Maine School Immunization Assessment Report.

22. Exhibit 10 is a true and accurate copy of the 2024-2025 Maine School Immunization Assessment Report.

23. In addition, Maine CDC publishes School Vaccination Rate data from the School Age Immunization Survey in Excel and Portable Document Format (PDF) spreadsheets ("School Vaccination Rate Spreadsheets") on its website. Plaintiffs attached copies of these spreadsheets from the 2018-2019 school year to the 2024-2025 school as Exhibits B through H (ECF Nos. 18-2 to 18-8) to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction. ECF No. 18.

**<u>School Age Immunization Survey, 2015-2025</u>**

24. From 2015 to 2025, I was responsible for sending out the School Age Immunization Survey to elementary and secondary schools in the State.

25. The survey was sent to schools in the fall, and schools had to return the survey on December 15 of each survey year. *See* 20-A M.R.S.A. § 6357(2).

26. The School Age Immunization Survey required schools to report data for students in Kindergarten, Seventh and Twelfth grades. Schools had to report the number of students enrolled and the immunization status of each student in those grades for each required vaccine. Students' status was required to be categorized in one of the following: immune; medical exemption; philosophical exemption; religious exemption; 90-day grace period, or missing records.

27. A student marked as immune has provided a complete vaccine record or other proof of immunity (such as a serological/titer report, where permitted by the Immunization Rule) against a particular disease.

28. A student marked under the 90-day grace period means that the school has a statement from a parent or guardian on file that the student will be vaccinated within 90 days, through private effort or by a public health official.

29. Even though Maine law has largely eliminated nonmedical exemptions to school entry vaccination requirements, Maine CDC continues to collect the number of students claiming religious or philosophical exemptions because Maine CDC must report that data to US CDC.

30. Since September 1, 2021, only students that are claiming the IEP sunset provision are reported as religious or philosophical exemptions. Students must meet all the IEP sunset provision requirements in order to claim the benefit of that provision.

31. In addition, since at least 2015, schools report temporary medical exemptions for students on vaccine catch-up schedules with other medical exemptions. In other words, data for the number of medical exemptions includes temporary medical exemptions for students on vaccine catch-up schedules.

32. A student marked as missing records means that the student or their parent has not provided a complete vaccine record or other proof of immunity, nor documentation evidencing statutory exemption. Pursuant to 20-A M.R.S.A. § 6355 and the Immunization Rule, a superintendent may not permit a child to attend school if they are missing a complete vaccine record or evidence of exemption for each disease. Accordingly, students counted as missing records may include students who are excluded from school.

33. In the 2025-2026 school year, Maine CDC implemented the new reporting system, called Docket for Schools, described in depth below.

**School Age Immunization Report Results, 2015-2026**

34. From 2015 to 2025, I was responsible for collecting the responses to the School Age Immunization Survey and entering the data into an Excel workbook.

35. When L.D. 798 was under consideration by the 129th Maine Legislature in early 2019, the most recent data available was for the 2018-2019 school year.

36. Data received in response to the School Age Immunization Survey for the 2018-2019 school year showed exemption rates of 6.2% for kindergarten students; 4.7% for seventh grade students; and 5.1% for twelfth grade students. County rates of exemptions ranged from 3.4% to 10.9% for kindergarten students; 1.1% to 9.0% for seventh grade students; and 3.1% to 12.7% for twelfth grade students.

37. Data received in response to the School Age Immunization Survey for the 2018-2019 school year showed statewide non-medical exemption rates of 5.6% for kindergarten students; 4.6% for seventh grade students; and 5.0% for twelfth grade students.

38. Data received in response to the School Age Immunization Survey for the 2018-2019 school year showed that 67 out of 341 schools with kindergarten students reported philosophical exemption rates of 10% or greater.

39. Data received in response to the School Age Immunization Survey for the 2018-2019 school year showed that 13 out of 341 schools with kindergarten students reported religious exemption rates of greater than 5%.

40. Data received in response to the School Age Immunization Survey for the 2018-2019 school year showed that 40 out of 237 schools with 7th grade students reported philosophical exemption rates of 10% or greater.

41. Data received in response to the School Age Immunization Survey for the 2018-2019 school year showed that 3 out of 237 schools with 7th grade students reported religious exemption rates of greater than 5%.

42. Data received in response to the School Age Immunization Survey for the 2018-2019 school year showed that 31 out of 149 schools with 12th grade students reported philosophical exemption rates of 10% or greater.

43. Data received in response to the School Age Immunization Survey for the 2018-2019 school year showed that 2 out of 149 schools with 12th grade students reported religious exemption rates of greater than 5%.

*Religious Exemption*

44. During the 2018-2019 school year, data collected by Maine CDC shows that statewide there were 52 kindergarten students, 34 seventh grade students, and 22 twelfth grade students reported that were claiming the then-existing religious exemption.

45. During the 2019-2020 school year, data collected by Maine CDC shows that statewide there were 95 kindergarten students, 58 seventh grade students, and 65 twelfth grade students reported that were claiming the then-existing religious exemption.

46. During the 2020-2021 school year, data collected by Maine CDC shows that statewide there were 38 kindergarten students, 51 seventh grade students, and 41 twelfth grade students reported that were claiming the then-existing religious exemption.

*IEP Sunset Provision*

47. During the 2021-2022 school year, data collected by Maine CDC shows that statewide, there were 31 kindergarten students, 41 seventh grade students, and 39 twelfth grade students reported that were claiming the exemption provided under the IEP sunset provision.

48. During the 2022-2023 school year, data collected by Maine CDC shows that statewide, there were 14 kindergarten students, 24 seventh grade students, and 27 twelfth grade

students reported that were claiming the exemption provided under the IEP sunset provision.

49. During the 2023-2024 school year, data collected by Maine CDC shows that statewide, there were 6 kindergarten students, 28 seventh grade students, and 51 twelfth grade students reported that were claiming the exemption provided under the IEP sunset provision.

50. During the 2024-2025 school year, data collected by Maine CDC shows that statewide, there was 1 kindergarten student, 30 seventh grade students, and 54 twelfth grade students reported that were claiming the exemption provided under the IEP sunset provision.

51. During the 2025-2026 school year, data collected by Maine CDC shows that statewide, there were 2 kindergarten students, 8 seventh grade students, and 21 twelfth grade students reported that were claiming the exemption provided under the IEP sunset provision.

*Medical Exemptions*

52. During the 2018-2019 school year, data collected by Maine CDC shows that the statewide rate of reported medical exemptions was 0.6% for kindergarten students, 0.1% for seventh grade students, and 0.1% for twelfth grade students.

53. During the 2019-2020 school year, data collected by Maine CDC shows that the statewide rate of reported medical exemptions was 0.3% for kindergarten students, 0.1% for seventh grade students, and 0.1% for twelfth grade students.

54. During the 2020-2021 school year, data collected by Maine CDC shows that the statewide rate of reported medical exemptions was 0.5% for kindergarten students, 0.2% for seventh grade students, and 0.3% for twelfth grade students.

55. During the 2021-2022 school year, data collected by Maine CDC shows that the statewide rate of reported medical exemptions was 1.5% for kindergarten students, 1.0% for seventh grade students, and 0.9% for twelfth grade students.

56. During the 2022-2023 school year data collected by Maine CDC shows that the statewide rate of reported medical exemptions was 0.8% for kindergarten students, 0.7% for seventh grade students, and 0.9% for twelfth grade students.

57. During the 2023-2024 school year data collected by Maine CDC shows that the statewide rate of reported medical exemptions was 0.9% for kindergarten students, 0.6% for seventh grade students, and 1.1% for twelfth grade students.

58. During the 2024-2025 school year data collected by Maine CDC shows that the statewide rate of reported medical exemptions was 0.8% for kindergarten students, 0.7% for seventh grade students, and 0.7% for twelfth grade students.

59. During the 2025-2026 school year data collected by Maine CDC shows that the statewide rate of reported medical exemptions was 0.8% for kindergarten students, 0.6% for seventh grade students, and 0.9% for twelfth grade students.

60. By 2024-2025, only 0.8%, 0.9%, and 1.1% of students statewide in kindergarten, seventh, and twelfth grade, respectively, were claiming the medical exemption or utilizing the IEP sunset provision.

61. By 2025-2026, only 0.8%, 0.7%, and 1.1% of students statewide in kindergarten, seventh, and twelfth grade, respectively, were claiming the medical exemption or utilizing the IEP sunset provision.

*Missing Records*

62. In the 2018-2019 school year, Maine implemented a requirement for seventh and twelfth graders to be immunized with meningococcal vaccine, MenACWY or MCV4. *See* Immunization Requirements for School Children, 05-071 Me. Code R. ch. 126, § 5 (2018); 10-144 Me. Code. R. ch. 261, § 5 (2018). The rule required seventh graders to receive one dose and twelfth graders to receive two doses unless the first dose was administered after the child reached age 16, in which case only one dose was required. *Id.*

63. Between 2018 and 2025, the School Age Immunization Survey collected data on the immunization status of Kindergarteners with respect to each vaccine required for entry to kindergarten: DTaP, MMR, Polio, and Varicella. *See* Exs. 4-10.

64. In the 2018-2019, 2019-2020, and 2020-2021 school years, the School Age Immunization Survey collected data on the immunization status of seventh graders with respect to each vaccine requirement triggered by seventh grade entry: Tdap and MenACWY. During the same years, the School Age Immunization Survey collected data on the immunization status of twelfth graders with respect to each vaccine requirement triggered by twelfth grade: MenACWY. *See* Exs. 4-6.

65. Beginning in the 2021-2022 school year, the School Age Immunization Survey collected data on the immunization status of seventh and twelfth grade with respect to each vaccine required for entry to the respective grade, including those that are typically provided prior to Kindergarten. *See* Exs. 7-10.

66. Accordingly, for seventh and twelfth grade, the data in the "missing" column of the 2018-2019, 2019-2020, and 2020-2021 of School Vaccination Rate Spreadsheets are not comparable to the data in the "missing" columns of the 2021-2022, 2022-2023, 2023-2024, and 2024-2025 School Vaccination Rate spreadsheets. *Compare* Pls.' Mot. Temp.

Restraining Order, Exs. B-D (ECF No. 18-2 to 18-4), *with id.* Exs. E-H (ECF No. 18-5 to 18-8).

67. Further, the bottom row of School Vaccination Rate Spreadsheets shows the statewide rate of missing records. *See id.* This value aggregates the percentage of missing records, masking that students may have received all but one required vaccine. Exhibits 4 through 10 each show the rate of missing records with respect to each immunization about which data was collected in the respective School Age Immunization Survey.

**EFFORTS TO INCREASE COMPLIANCE**

68. During my time as Immunization Program Director, the Immunization Program has taken myriad steps to increase compliance with school vaccine requirements.

69. To address missing records, the Immunization Program developed a state-wide uniform mechanism for tracking school immunization compliance that allowed for year-round visibility of vaccine and exemption rates for all Maine schools, pre-K through twelfth grade, by both Maine CDC and the Maine Department of Education (DOE).

70. In the 2025-2026 school year, Maine CDC implemented the new reporting system, called Docket for Schools. Docket for Schools is a technological application that facilitates the collection of student immunization records, streamlines compliance reviews, and standardizes immunization reporting and tracking.

71. Docket for Schools connects to the Maine Immunization Information System (ImmPact), which was established pursuant to 22 M.R.S. § 1064 (2019). ImmPact is a repository for immunization records for all individuals who receive immunizations in Maine. *See* 10-144 C.M.R. ch. 274, § 1. All immunization providers who participate in the Department's

immunization distribution system must submit records to Docket unless the patient or their parent or guardian opts out. *Id.* §§ 4(C), 6.

72. Docket for Schools can fetch data from ImmPact and automatically identify whether a student meets vaccine requirements based on their grade level. Schools may also upload supplemental records, including those related to permitted exemptions.

73. To allow time for schools to adjust to the platform, Maine CDC extended the reporting deadline. Accordingly, Maine CDC has not yet compiled complete data for the 2025-2026 school year.

74. Although reporting is only required once per year, schools may also use Docket for Schools to meet recordkeeping requirements under 20-A M.R.S.A. § 6357(1) and Section 7 of the Immunization Rule. The Maine Immunization Program and specified persons within the Department of Education can view aggregate Docket for Schools data by grade and school throughout the year. This facilitates year-round visibility into compliance with vaccine requirements and rates of exemptions.

75. The goal of the Docket for Schools is to increase compliance with school immunization and reporting requirements, *see* 20-A M.R.S.A. §§ 6355, 6357(2), in part by easing the long-term burden of immunization record collection and review for schools.

76. Docket for Schools has several features that facilitate compliance and ease administrative burden, including that it can: generate the list of non-immunized students in the event of an outbreak, as required by Section 7(C)(1) of the Immunization rule; automatically update compliance reviews based on grade level and dates (for example, based on the expiration of temporary exemptions); import updated vaccine records from ImmPact; and generate notice letters to families informing them that their child is due for immunization.

Additionally, for schools that keep Docket for School up to date to meet their recordkeeping requirements, schools need only verify the accuracy of the data to submit their reports.

77. For the development and implementation of Docket for Schools, the Immunization Program received the Association of Immunization Managers' Bull's-Eye Award for Innovation and Excellence in Immunization, which recognizes programs whose immunization strategies have achieved their goals and facilitated replication by other programs.

78. To facilitate compliance with 20-A M.R.S.A. § 6355 and the Immunization Rule, and in recognition of the challenges Maine families may face in accessing primary care, the Maine Immunization Program also coordinates with schools and the Public Health Nurse program ("PHN") to offer immunization clinics at schools.

79. The Maine Immunization Program has also sent reminders to superintendents regarding the statutory and regulatory requirements.

80. In May 2026, Maine CDC and DOE adopted amendments to the Immunization Rule to clarify dosage and time-interval requirements for required vaccines. The amended rule reframed the dosage requirements in terms of minimum age and minimum time between doses so that children who missed recommended immunizations would not age out of the opportunity to comply with the immunization requirements; instead, once they "catch up" on all required immunizations at the specified intervals, they may be considered immunized under the rule. *See* Immunization Rule § 5.

81. In addition to the measures described above, to support compliance with school immunization requirements, Maine CDC and DOE offer technical assistance, publish

guidance, and respond to questions from school nurses, families, and superintendents. For example, Maine CDC and DOE recently published frequently asked questions and responses thereto. Exhibit 11 is a true and accurate copy of the Immunization Requirements for School Children Frequently Asked Questions, updated July 13, 2026.

82. These efforts have resulted in increased compliance, evidenced by declining rates of missing records reported in the School Age Immunization Survey.

I DECLARE, PURSUANT TO 28 U.S.C. § 1746, UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: September 1, 2026

/s/ Jessica Shiminski
Jessica Shiminski