Janet T. Mills
Governor

Jeanne M. Lambrew, Ph.D.
Commissioner

Maine Department of Health and Human Services
Maine Center for Disease Control and Prevention
11 State House Station
286 Water Street
Augusta, Maine 04333-0011
Tel; (207) 287-8016; Fax (207) 287-9058
TTY: Dial 711 (Maine Relay)

# 2019-2020 Maine School Immunization Assessment Report

State-mandated vaccination requirements for school entry protect children and communities against vaccine preventable diseases. Each school year, federally funded immunization programs collect and report kindergarten vaccination data to the Centers for Disease Control and Prevention (CDC). Federally funded immunization programs in all 50 states partner with their Department of Education (DOE) to assess vaccination coverage and exemption status of children enrolled in public and private kindergartens. In addition to kindergartens, the Maine Immunization Program (MIP) also collects coverage and exemption data for both seventh grade students and twelfth grade students. This information is collected through an annual immunization assessment survey of all State of Maine elementary, middle, and high schools.

Although each state mandate is different, Maine rules pursuant to 22 M.R.S. § 6359 requires any K-12 student enrolled in a designated public or private elementary, secondary, or special education facility which operates for children of school age to show proof of immunization with the following vaccines or documented immunity against the following vaccines:

- Diphtheria/Pertussis/Tetanus: Five doses of any DTP, DT or DTaP vaccine, a fifth dose is not needed if the fourth dose was administered on or after the fourth birthday. Beginning September 2017, one dose of Tdap is required for seventh grade entry;
- Measles/Mumps/Rubella: Two doses of MMR vaccine;
- Poliomyelitis: Four doses of OPV or IPV vaccine, a fourth dose is not needed if the third dose was given on or after the fourth birthday; and,
- Varicella: One dose of varicella (VAR) vaccine.
- Meningococcal Meningitis: Beginning September 2018, one dose of quadrivalent meningococcal meningitis vaccine (MenACWY) is required for seventh grade entry and two doses of MenACWY are required for twelfth grade entry.

A child who does not meet the immunization/immunity requirements above may be enrolled in school under the following circumstances:

- The parent provides the school with written assurance that the child will be immunized within ninety days of enrolling. This is a one-time provisional 90-day grace period.
- The parent (or child) presents to the school each year a physician's written statement that immunization against one of more of the diseases may be medically inadvisable (medical exemption in annual survey).
- The parent states in writing each year an opposition to immunization because of a sincere religious belief or for philosophical reasons (religious or philosophical exemption in survey).

EXHIBIT
5

The 2019-20 Maine Annual School Age Immunization Survey was conducted online from October to December 31, 2019, and aggregate results for kindergarten students were reported to the CDC in May 2020. The following tables (Tables 1-3) list the aggregate results gathered from the 2019-20 Maine Annual School Age Immunization Survey.

The annual immunization and exemption rates for each individual reporting school in Maine can be found on our website at: http://www.maine.gov/dhhs/mecdc/infectious-disease/immunization/publications/index.shtml

Table 1: 2019-20 MIP School Exemption and Immunization Rates, Kindergarten

| 2019-20 School Exemption and Immunization Rates By Individual Vaccine, Kindergarten | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vaccine | Number of Students Surveyed | Number of Missing Records | Missing Records Rates | Total Exemptions (Medical, Religious & Philosophical) | Total Exemption Rates | Total Students Immune by Vaccine/Disease | Total Vaccination Rates |
| DTaP | 13395 | 126 | 0.9% | 660 | 4.9% | 12609 | 94.1% |
| MMR | 13395 | 122 | 0.9% | 673 | 5.0% | 12600 | 94.1% |
| Polio | 13395 | 114 | 0.9% | 666 | 5.0% | 12615 | 94.2% |
| Varicella | 13395 | 34 | 0.3% | 480 | 3.6% | 12858 | 96.2% |

Table 2: 2019-20 MIP School Exemption and Immunization Rates, Seventh Grade

| 2019-20 School Exemption and Immunization Rates By Individual Vaccine, Seventh Grade | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vaccine | Number of Students Surveyed | Number of Missing Records | Missing Records Rates | Total Exemptions (Medical, Religious & Philosophical) | Total Exemption Rates | Total Students Immune by Vaccine/Disease | Total Vaccination Rates |
| Tdap | 13900 | 352 | 2.5% | 516 | 3.7% | 13032 | 93.8% |
| MenACWY | 13900 | 457 | 3.3% | 587 | 4.2% | 12856 | 92.5% |

Table 3: 2019-20 MIP School Exemption and Immunization Rates, Twelfth Grade

| 2019-20 School Exemption and Immunization Rates By Individual Vaccine, Twelfth Grade | | | | | | | |
|---|---|---|---|---|---|---|---|
| Vaccine | Number of Students Surveyed | Number of Missing Records | Missing Records Rates | Total Exemptions (Medical, Religious & Philosophical) | Total Exemption Rates | Total Students Immune by Vaccine/Disease | Total Vaccination Rates |
| MenACWY | 14020 | 872 | 6.2% | 645 | 4.6% | 12502 | 89.2% |

The Vaccination Coverage Among Children in Kindergarten – United States, 2019-20 School Year report data will be released in the fall of 2020. Historical reports were analyzed and graphical representations for each vaccine surveyed show trending comparisons for Maine and National U.S. immunization rates and exemption rates over the past 5 years (Figures 1-7). Please be aware that 2019-20 incudes Maine only at this time until National data is released in October 2020. Additionally, graphical representations of immunization rates for Maine kindergarten students have been generated to show county specific rates compared to overall Maine state rates (Figures 8-11). Herd immunity (or community immunity) occurs when a high percentage of the community is immune to a disease (through vaccination and/or prior illness) making the spread of the disease from person to person unlikely. Herd immunity targets of 95% have been added to individual county vaccination rate graphs to represent which counties in Maine are susceptible to widespread disease.

School vaccination requirements provide an opportunity for children who are behind on early childhood vaccinations to be vaccinated by school entry. School vaccination assessments allow MIP to identify schools and communities where focused action could improve vaccination coverage to ensure that more children can benefit from the protection offered by vaccines. MIP and DOE will use this data to monitor incomplete vaccination records, coverage rates and exemptions and work with schools to ensure that all students receive all required Maine State school age vaccines.

Public Law, Ch. 154 (introduced as LD 798): An Act to Protect Maine Children and Students from Preventable Disease by Repealing Certain Exemptions from the Laws Governing Immunization Requirements was signed by Governor Janet Mills on May 24, 2019. This new law, which takes effect September 1, 2021, will remove the allowance of both religious and philosophical exemptions, and require that all students provide a complete immunization record or a signed medical exemption to attend a public or private school in Maine. For more information regarding Public Law, Ch. 154, please visit the Maine Immunization Program website at www.immunizeme.org. We will continue to provide guidance and updates as they become available.

As always, thank you for your commitment to keeping Maine's children free of vaccine preventable disease.

Figure 1: 4+DTaP Vaccine Coverage Estimate Among Kindergarten Students, Maine and U.S., 2015-2019




| | 2015-16 | 2016-17 | 2017-18 | 2018-19 | 2019-20 |
|---|---|---|---|---|---|
| Maine | 96.1% | 96.3% | 95.3% | 94.5% | 94.1% |
| National | 94.2% | 94.5% | 95.1% | 94.9% | 0.0% |

4+ DTaP ~ ≥4 doses of diphtheria and tetanus toxoids and acellular pertussis (DTaP) vaccine.
2019-20 National Kindergarten 4+DTaP rates unavailable until Fall 2020.

Figure 2: 2+MMR Vaccine Coverage Estimate Among Kindergarten Students, Maine and U.S., 2015-2019




| | 2015-16 | 2016-17 | 2017-18 | 2018-19 | 2019-20 |
|---|---|---|---|---|---|
| Maine | 95.1% | 94.9% | 94.3% | 93.8% | 94.1% |
| National | 94.6% | 94.0% | 94.3% | 94.7% | 0.0% |

2+MMR~ ≥2 dose of measles-mumps-rubella (MMR) vaccine.
2019-20 National Kindergarten 2+MMR rates unavailable until Fall 2020.

Figure 3: 3+Polio Vaccine Coverage Estimate Among Kindergarten Students, Maine and U.S., 2015-2019




| | 2015-16 | 2016-17 | 2017-18 | 2018-19 | 2019-20 |
|---|---|---|---|---|---|
| Maine | 96.0% | 96.1% | 95.3% | 94.5% | 94.2% |
| National | 94.7% | 94.4% | 94.2% | 94.7% | 0.0% |

3+ Polio ~ ≥3 doses of any poliovirus (Polio) vaccine.
2019-20 National Kindergarten 3+Polio rates unavailable until Fall 2020.

Figure 4: 1+VAR Vaccine Coverage Estimate Among Kindergarten Students, Maine and U.S., 2015-2019




| | 2015-16 | 2016-17 | 2017-18 | 2018-19 | 2019-20 |
|---|---|---|---|---|---|
| Maine | 96.1% | 96.7% | 96.5% | 95.9% | 96.2% |
| National | 96.1% | 96.5% | 96.2% | 96.4% | 0.0% |

1+Varicella ~ ≥ 1 dose of varicella (VAR) vaccine at or after child's first birthday, adjusted to include history of varicella disease
2019-20 National Kindergarten 1+Varicella rates unavailable until Fall 2020.

Figure 5: Any Exemptions Estimate Among Kindergarten Students, Maine and U.S., 2015-2019




| | 2015-16 | 2016-17 | 2017-18 | 2018-19 | 2019-20 |
|---|---|---|---|---|---|
| Maine | 4.5% | 5.0% | 5.3% | 6.2% | 5.9% |
| National | 1.9% | 2.0% | 2.2% | 2.5% | 0.0% |

Any Exemption ~ Includes medical, religious and philosophical exemptions for all school vaccines in Maine.
2019-20 National Kindergarten exemption rates unavailable until Fall 2020.

Figure 6: Medical Exemptions Estimate Among Kindergarten Students, Maine and U.S., 2015-2019




| | 2015-16 | 2016-17 | 2017-18 | 2018-19 | 2019-20 |
|---|---|---|---|---|---|
| Maine | 0.5% | 0.2% | 0.3% | 0.6% | 0.3% |
| National | 0.2% | 0.2% | 0.2% | 0.3% | 0.0% |

Medical Exemption ~ Includes medical exemptions only for all school vaccines in Maine. A medical note from physician is required annually.
2019-20 National Kindergarten exemption rates unavailable until Fall 2020.

Figure 7: Non-Medical Exemptions Estimate Among Kindergarten Students, Maine and U.S., 2015-2019




| | 2015-16 | 2016-17 | 2017-18 | 2018-19 | 2019-20 |
|---|---|---|---|---|---|
| Maine | 4.0% | 4.8% | 5.0% | 5.6% | 5.6% |
| National | 1.6% | 1.8% | 2.0% | 2.2% | 0.0% |

Non-Medical Exemption ~ Includes sincere religious belief and philosophical exemptions for all school vaccines in Maine. A parent/guardian signed note is required annually.
The National CDC Kindergarten Immunization Survey does not collect or publish individual religious or philosophical rates. They are combined as non-medical exemption rates.
2019-20 National Kindergarten non-medical exemption rates unavailable until Fall 2020.

Figure 8: 4+DTaP Vaccine Coverage Estimate Among Kindergarten Students, Maine Counties, 2019-20




4+ DTaP ~ ≥4 doses of diphtheria and tetanus toxoids and acellular pertussis (DTaP) vaccine.

Figure 9: 2+MMR Vaccine Coverage Estimate Among Kindergarten Students, Maine Counties, 2019-20




2+MMR~ ≥2 dose of measles-mumps-rubella (MMR) vaccine.

Figure 10: 3+Polio Vaccine Coverage Estimate Among Kindergarten Students, Maine Counties, 2019-20




3+ Polio ~ ≥3 doses of any poliovirus (Polio) vaccine.

Figure 11: 1+Varicella Vaccine Coverage Estimate Among Kindergarten Students, Maine Counties, 2019-20




1+Varicella ~ ≥ 1 dose of varicella (VAR) vaccine at or after child's first birthday, adjusted to include history of varicella disease