Janet T. Mills
Governor

Jeanne M. Lambrew, Ph.D.
Commissioner

Maine Department of Health and Human Services
Maine Center for Disease Control and Prevention
11 State House Station
286 Water Street
Augusta, Maine 04333-0011
Tel; (207) 287-8016; Fax (207) 287-9058
TTY: Dial 711 (Maine Relay)

# 2023-2024 Maine School Immunization Assessment Report

State-mandated vaccination requirements for school entry protect children and communities against vaccine preventable diseases. Each school year, federally funded immunization programs collect and report kindergarten vaccination data to the Centers for Disease Control and Prevention (CDC). Federally funded immunization programs in all 50 states partner with their Department of Education (DOE) to assess vaccination coverage and exemption status of children enrolled in public and private kindergartens. In addition to kindergartens, the Maine Immunization Program (MIP) also collects coverage and exemption data for both seventh grade students and twelfth grade students. This information is collected through an annual immunization assessment survey of all State of Maine elementary, middle, and high schools.

Although each state mandate is different, Maine rules pursuant to 22 M.R.S. § 6359 requires any preK-12 student enrolled in a designated public or private elementary, secondary, or special education facility which operates for children of school age to show proof of immunization with the following vaccines or documented immunity against the following vaccines:

- Diphtheria/Pertussis/Tetanus: Five doses of any DTP, DT or DTaP vaccine, a fifth dose is not needed if the fourth dose was administered on or after the fourth birthday. One dose of Tdap is required for seventh grade entry;
- Poliomyelitis: Four doses of OPV or IPV vaccine, a fourth dose is not needed if the third dose was given on or after the fourth birthday;
- Measles/Mumps/Rubella: Two doses of MMR vaccine;
- Varicella: Two doses of varicella vaccine (VAR); and,
- Meningococcal Meningitis: One dose of quadrivalent meningococcal meningitis vaccine (MenACWY) is required for seventh grade entry and two doses of MenACWY are required for twelfth grade entry.

A student who does not meet the immunization/immunity requirements above may be enrolled in school under the following circumstances:

- The parent, guardian, or student provides the school with written assurance that the student will be immunized within ninety days of enrolling. This is a one-time provisional 90-day grace period.
- The parent, guardian, or student presents to the school a written statement from a Maine licensed physician, nurse practitioner, or physician assistant that immunization against one of more of the diseases may be medically inadvisable (medical exemption in annual survey).
- Students that have an IEP on or before September 1, 2021 and previously selected a philosophical or religious exemption may continue to claim this exemption. The parent, guardian, or student must provide to the school a statement from a Maine licensed physician, nurse practitioner, or physician

EXHIBIT
9

assistant that after consultation the parent, guardian, or student has been made aware of the risks and benefits associated with the choice to immunize.

The 2023-2024 Maine Annual School Age Immunization Survey was conducted online from October to December 31, 2023 and aggregate results for kindergarten students will be reported to the CDC in April 2024. The following tables (Tables 1-3) list the aggregate results gathered from the 2023-2024 Maine Annual School Age Immunization Survey.

The annual immunization and exemption rates for each individual reporting school in Maine can be found on our website at: http://www.maine.gov/dhhs/mecdc/infectious-disease/immunization/publications/index.shtml

Table 1: 2023-2024 MIP School Exemption and Immunization Rates, Kindergarten

| 2023-2024 School Exemption and Immunization Rates By Individual Vaccine, Kindergarten | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vaccine | Number of Students Surveyed | Number of Missing Records | Missing Records Rates | Number of Exempt (Medical & IEP) | Exempt Rates | Number of 90 Day Exempt | 90 Day Exempt Rates | Number of Students Immune | Vaccine Rates |
| DTaP | 11236 | 163 | 1.5% | 80 | 0.7% | 101 | 0.9% | 10892 | 96.9% |
| Polio | 11236 | 140 | 1.2% | 65 | 0.6% | 90 | 0.8% | 10941 | 97.4% |
| MMR | 11236 | 139 | 1.2% | 69 | 0.6% | 79 | 0.7% | 10949 | 97.4% |
| VAR | 11236 | 154 | 1.4% | 76 | 0.7% | 94 | 0.8% | 10912 | 97.1% |

Table 2: 2023-2024 MIP School Exemption and Immunization Rates, Seventh Grade

| 2023-2024 School Exemption and Immunization Rates By Individual Vaccine, Seventh | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vaccine | Number of Students Surveyed | Number of Missing Records | Missing Records Rates | Number of Exempt (Medical & IEP) | Exempt Rates | Number of 90 Day Exempt | 90 Day Exempt Rates | Number of Students Immune | Vaccine Rates |
| Tdap | 12185 | 231 | 1.9% | 91 | 0.7% | 63 | 0.5% | 11800 | 96.8% |
| Polio | 12185 | 78 | 0.6% | 54 | 0.4% | 33 | 0.3% | 12020 | 98.6% |
| MMR | 12185 | 60 | 0.5% | 59 | 0.5% | 28 | 0.2% | 12038 | 98.8% |
| VAR | 12185 | 75 | 0.6% | 61 | 0.5% | 28 | 0.2% | 12021 | 98.7% |
| MenACWY | 12185 | 239 | 2.0% | 79 | 0.6% | 66 | 0.5% | 11801 | 96.8% |

Table 3: 2023-2024 MIP School Exemption and Immunization Rates, Twelfth Grade

| 2023-2024 School Exemption and Immunization Rates By Individual Vaccine, Twelfth | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Vaccine | Number of Students Surveyed | Number of Missing Records | Missing Records Rates | Number of Exempt (Medical & IEP) | Exempt Rates | Number of 90 Day Exempt | 90 Day Exempt Rates | Number of Students Immune | Vaccine Rates |
| Tdap | 13194 | 82 | 0.6% | 104 | 0.8% | 18 | 0.1% | 12990 | 98.5% |
| Polio | 13194 | 118 | 0.9% | 106 | 0.8% | 17 | 0.1% | 12953 | 98.2% |
| MMR | 13194 | 73 | 0.6% | 83 | 0.6% | 15 | 0.1% | 13023 | 98.7% |
| VAR | 13194 | 96 | 0.7% | 94 | 0.7% | 17 | 0.1% | 12987 | 98.4% |
| MenACWY | 13194 | 370 | 2.8% | 122 | 0.9% | 54 | 0.4% | 12648 | 95.9% |

School vaccination requirements provide an opportunity for children who are behind on early childhood vaccinations to be vaccinated by school entry. School vaccination assessments allow MIP to identify schools and communities where focused action could improve vaccination coverage to ensure that more children can benefit from the protection offered by vaccines. MIP and DOE will use this data to monitor incomplete vaccination records, coverage rates and exemptions and work with schools to ensure that all students receive all required Maine State school age vaccines.

Vaccination is the most effective and efficient way to ensure that students and their family members, particularly those who are immunocompromised, are protected against these vaccine preventable diseases. This is perhaps one of the most important reasons why it would be advantageous for Maine State educational institutions to meet all requirements of the Immunization Requirements for School Children state law and to help reach the goal of the Maine Immunization Program to bring the State vaccine coverage rate average for each of these vaccines to 100%.

The Vaccination Coverage Among Children in Kindergarten – United States, 2022-23 School Year report data will be released in the fall of 2023. Historical reports were analyzed and graphical representations for each vaccine surveyed show trending comparisons for Maine and National U.S. immunization rates and exemption rates over the past 5 years (Figures 1-7). Please be aware that 2022-23 incudes Maine only at this time until National data is released. Additionally, graphical representations of immunization rates for Maine kindergarten students have been generated to show county specific rates compared to overall Maine state rates (Figures 8-11).

As always, thank you for your commitment to keeping Maine's children free of vaccine preventable disease.

Figure 1: 4+DTaP Vaccine Coverage Estimate Among Kindergarten Students, Maine and U.S., 2019-2023




| | 2019-20 | 2020-21 | 2021-22 | 2022-23 | 2023-24 |
|---|---|---|---|---|---|
| Maine | 94.1% | 94.0% | 96.3% | 96.6% | 96.9% |
| National | 94.9% | 93.6% | 92.7% | 92.7% | 0.0% |

4+ DTaP ~ ≥4 doses of diphtheria and tetanus toxoids and acellular pertussis (DTaP) vaccine.
2023-24 National Kindergarten 4+DTaP rates unavailable until Fall 2024.

Figure 2: 3+Polio Vaccine Coverage Estimate Among Kindergarten Students, Maine and U.S., 2019-2023




| | 2019-20 | 2020-21 | 2021-22 | 2022-23 | 2023-24 |
|---|---|---|---|---|---|
| Maine | 94.2% | 94.2% | 96.5% | 96.8% | 97.4% |
| National | 95.0% | 93.9% | 93.1% | 93.1% | 0.0% |

3+Polio ~ ≥3 dose of any poliovirus (IPV/OPV) vaccine.
2023-24 National Kindergarten 3+Polio rates unavailable until Fall 2024.

Figure 3: 2+MMR Vaccine Coverage Estimate Among Kindergarten Students, Maine and U.S., 2019-2023




| | 2019-20 | 2020-21 | 2021-22 | 2022-23 | 2023-24 |
|---|---|---|---|---|---|
| Maine | 94.1% | 94.3% | 96.7% | 96.8% | 97.4% |
| National | 95.2% | 93.9% | 93.0% | 93.1% | 0.0% |

2+MMR ~ ≥2 doses of measles-mumps-rubella (MMR) vaccine.
2023-24 National Kindergarten 2+MMR rates unavailable until Fall 2024.

Figure 4: 2+VAR Vaccine Coverage Estimate Among Kindergarten Students, Maine and U.S., 2019-2023




| | 2019-20 | 2020-21 | 2021-22 | 2022-23 | 2023-24 |
|---|---|---|---|---|---|
| Maine | 0.0% | 0.0% | 95.5% | 96.6% | 97.1% |
| National | 94.8% | 93.5% | 92.7% | 92.8% | 0.0% |

2+Varicella ~ ≥ 2 doses of varicella (VAR) vaccine, adjusted to include history of varicella disease
Unable to compare prior to 2021-22 school year – Maine law changed in October 2021 from a one dose requirement to a two-dose requirement of VAR.
2023-24 National Kindergarten 2+Varicella rates unavailable until Fall 2024.

Figure 5: Any Exemptions Estimate Among Kindergarten Students, Maine and U.S., 2019-2023




| | 2019-20 | 2020-21 | 2021-22 | 2022-23 | 2023-24 |
|---|---|---|---|---|---|
| Maine | 5.9% | 4.5% | 1.8% | 0.9% | 1.0% |
| National | 2.5% | 2.2% | 2.6% | 3.0% | 0.0% |

Any Exemption ~ Includes medical, religious and philosophical exemptions for all school vaccines in Maine.
2023-24 National Kindergarten exemption rates unavailable until Fall 2024.

Figure 6: Medical Exemptions Estimate Among Kindergarten Students, Maine and U.S., 2019-2023




| | 2019-20 | 2020-21 | 2021-22 | 2022-23 | 2023-24 |
|---|---|---|---|---|---|
| Maine | 0.3% | 0.5% | 1.5% | 0.8% | 0.9% |
| National | 0.3% | 0.2% | 0.2% | 0.2% | 0.0% |

Medical Exemption ~ Includes medical exemptions only for all school vaccines in Maine.
2023-24 National Kindergarten exemption rates unavailable until Fall 2024.

Figure 7: Non-Medical Exemptions Estimate Among Kindergarten Students, Maine and U.S., 2019-2023




| | 2019-20 | 2020-21 | 2021-22 | 2022-23 | 2023-24 |
|---|---|---|---|---|---|
| Maine | 5.6% | 4.1% | 0.3% | 0.1% | 0.1% |
| National | 2.2% | 1.9% | 2.3% | 2.8% | 0.0% |

Non-Medical Exemption ~ Includes sincere religious belief and philosophical exemptions for all school vaccines in Maine.
2023-24 National Kindergarten non-medical exemption rates unavailable until Fall 2024.

Figure 8: 4+DTaP Vaccine Coverage Estimate Among Kindergarten Students, Maine Counties, 2023-2024




4+ DTaP ~ ≥4 doses of diphtheria and tetanus toxoids and acellular pertussis (DTaP) vaccine.

Figure 9: 3+Polio Vaccine Coverage Estimate Among Kindergarten Students, Maine Counties, 2023-2024




3+Polio~ ≥3 dose of any poliovirus vaccine (IPV/OPV) vaccine.

Figure 10: 2+MMR Vaccine Coverage Estimate Among Kindergarten Students, Maine Counties, 2023-2024




2+ MMR ~ ≥2 doses of measles-mumps-rubella (MMR) vaccine.

Figure 11: 2+Varicella Vaccine Coverage Estimate Among Kindergarten Students, Maine Counties, 2023-2024




2+Varicella ~ ≥ 2 dose of varicella (VAR) vaccine, adjusted to include history of varicella disease